# FOR PUBLICATION

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

HEIDI BETZ,

*Plaintiff-Appellant,*

v.

TRAINER WORTHAM & COMPANY,
INC.; DAVID P. COMO; FIRST
REPUBLIC BANK, a Nevada
corporation; ROBERT VILE,

*Defendants-Appellees.*

No. 05-15704

D.C. No.
CV-03-03231-SI
Northern District
of California,
San Francisco

ORDER

Filed September 14, 2007

Before: John T. Noonan, Ronald M. Gould, and
Johnnie B. Rawlinson, Circuit Judges.

## ORDER

The Petition for Panel Rehearing is GRANTED. The opinion in the above-captioned matter filed on May 11, 2007, and published at 486 F.3d 590, is WITHDRAWN. A modified opinion shall be filed and substituted.

The parties shall have fourteen (14) days from entry of the modified opinion to file petitions for rehearing or petitions for rehearing en banc in the above-captioned matter.

**IT IS SO ORDERED.**

12409

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2007 Thomson/West.